**F I L E D**
CLERK, U.S. DISTRICT COURT

1/14/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VM _____ DEPUTY

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                      November 2021 Grand Jury

11   UNITED STATES OF AMERICA,          CR 21-351(A)-AB

12            Plaintiff,                F I R S T
                                        S U P E R S E D I N G
13            v.                        I N D I C T M E N T

14   JOHNNY RAY GASCA,                  [18 U.S.C. §§ 1201(a)(1), (a)(2),
                                        7(3): Kidnapping; 18 U.S.C.
15            Defendant.                § 1951(a): Interference with
                                        Commerce by Extortion; 18 U.S.C.
16                                      § 1512(b)(2)(B): Obstruction of
                                        Justice; 18 U.S.C. § 1512(b)(3):
17                                      Witness Tampering]

18

19        The Grand Jury charges:

20                            COUNT ONE

21          [18 U.S.C. §§ 1201(a)(1), (a)(2), 7(3), 2(a)]

22        On or about July 19, 2021, in Los Angeles and Orange Counties,

23   within the Central District of California, and at the West Los

24   Angeles Veterans Administration Medical Center, a place within the

25   special maritime and territorial jurisdiction of the United States,

26   defendant JOHNNY RAY GASCA and others known to the Grand Jury, each

27   aiding and abetting the other, knowingly, willfully, and unlawfully

28   seized, confined, inveigled, decoyed, kidnapped, abducted, and

carried away victim E.C., and held victim E.C. for any reason, and used a means, facility, and instrumentality of interstate and foreign commerce, namely, a motor vehicle, in committing and in furtherance of the offense.

COUNT TWO

[18 U.S.C. §§ 1951(a), 2(a)]

On or about July 19, 2021, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant JOHNNY RAY GASCA and others known to the Grand Jury, each aiding and abetting the other, obstructed, delayed, and affected interstate commerce, by knowingly and willingly committing extortion, in that defendant GASCA and others obtained property consisting of approximately $17,504.80 from victim E.C.'s JPMorgan Chase, N.A. checking account, with victim E.C.'s consent induced by the wrongful use of actual and threatened force, violence, and fear, to victim E.C.

COUNT THREE

[18 U.S.C. § 1512(b)(2)(B)]

Between on or about July 27, 2021, and August 5, 2021, in San Bernardino County, within the Central District of California, defendant JOHNNY RAY GASCA knowingly attempted to corruptly persuade another person to alter, destroy, mutilate, and conceal an object, namely, Facebook Messenger and Instagram messages, with the intent to impair the integrity and availability of the objects for use in official proceedings, namely, a criminal proceeding before the United States District Court for the Central District of California.

COUNT FOUR

[18 U.S.C. § 1512(b)(2)(B)]

Between on or about August 3, 2021, and August 5, 2021, in San Bernardino County, within the Central District of California, defendant JOHNNY RAY GASCA knowingly attempted to corruptly persuade another person to alter, destroy, mutilate, and conceal an object, namely, various hard drives, a laptop, and a camera, with the intent to impair the integrity and availability of the objects for use in official proceedings, namely, a criminal proceeding before the United States District Court for the Central District of California.

COUNT FIVE

[18 U.S.C. § 1512(b)(3)]

On or about July 27, 2021, in San Bernardino County, within the Central District of California, defendant JOHNNY RAY GASCA knowingly attempted to corruptly persuade another person, namely, D.T., to hinder, delay, and prevent the communication of information if questioned by law enforcement, namely, that defendant GASCA had paid D.T. $1,000 after closing victim E.C.'s bank account.  In so doing, defendant GASCA acted with the intent to hinder, delay, and prevent the communication by D.T. to special agents with the Federal Bureau of Investigation, who are law enforcement officers, of information relating to the commission of federal offenses, namely, kidnapping, in violation of Title 18, United States Code, Sections 1201(a)(1),

(a)(2), 7(3), 2(a), and interference with commerce by extortion, in

violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime
Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Deputy Chief, Violent & Organized
Crime Section

KEVIN B. REIDY
Assistant United States Attorney
Violent & Organized Crime Section